# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **ELISABETH KERNS,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**ADVANCED CALL CENTER TECHNOLOGIES, LLC,**<br><br>　　　　Defendant. | Case No. **6:18-cv-00956-CEM-DCI** |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ELISABETH KERNS ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08, hereby gives notice that Plaintiff and Defendant, ADVANCED CALL CENTER TECHNOLOGIES, LLC ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter.

Dated: 　　　11/9/2018　　　

　　　　　　　　　　　　　　　　　　By:　　*/s/ Carlos C. Alsina-Batista*
　　　　　　　　　　　　　　　　　　　　　Carlos C. Alsina Batista
　　　　　　　　　　　　　　　　　　　　　The Law Offices of Jeffrey Lohman, P.C.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Elisabeth Kerns
　　　　　　　　　　　　　　　　　　　　　4740 Green River Rd, Suite 310
　　　　　　　　　　　　　　　　　　　　　Corona, CA 92880
　　　　　　　　　　　　　　　　　　　　　Tel. (657)363-3331
　　　　　　　　　　　　　　　　　　　　　Fax. (657) 246-1311
　　　　　　　　　　　　　　　　　　　　　Email: CarlosA@jlohman.com
　　　　　　　　　　　　　　　　　　　　　Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

                                        BY: /s/ Carlos C. Alsina-Batista
                                        The Law Offices of Jeffrey Lohman, P.C.
                                        Attorney for Plaintiff, Elisabeth Kerns
                                        Admitted *pro hac vice*